■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JEROME SWANSON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HOYLE TURNER.— [In each

action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.